```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/18
```

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

JOSEPH MENICHIELLO, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

ASCEND FUNDING, LLC, SPRINGBASE MEDIA LLC, and DOES 1 through 10, inclusive, and each of them,

        Defendant.

Civil Case No.: 1:17-cv-08436-PKC

AND ORDER

**STIPULATION OF DISMISSAL AS TO DEFENDANT ASCEND FUNDING, LLC**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel to the parties in this action that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims in this action shall be dismissed with prejudice as to defendant Ascend Funding, LLC *only*, except that the claims of other proposed class members as against Ascend Funding, LLC shall be dismissed without prejudice. Each party shall bear its own attorneys' fees and costs except as may otherwise be agreed to by the parties.

Dated: New York, New York
       June 29, 2018

**DeNITTIS OSEFCHEN PRINCE, P.C.**

By: _____
    Ross H. Schmierer, Esq. (RS-7215)
    315 Madison Avenue 3rd Floor
    New York, NY 10017
    (T): 646-979-3642
    rschmierer@denittislaw.com
    *Attorneys for Plaintiff*

**WILK AUSLANDER LLP**

By: _____
    Stuart M. Riback, Esq. (SR-2443)
    1515 Broadway, 43rd Floor
    New York, NY 10036
    T): 212-981-2295
    sriback@wilkauslander.com
    *Attorneys for Defendant*
    *Ascend Funding, LLC*

**SO ORDERED:**
_____
Hon. Judge P. Kevin Castel, U.S.D.J.

6-29-18