**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH MENICHIELLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASCEND FUNDING, LLC, SPRINGBASE MEDIA LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Civil Case No.: 1:17-cv-08436-PKC |

**NOTICE OF VOLUNTARY DISMISSAL AS TO**
**DEFENDANT SPRINGBASE MEDIA ONLY**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action against Defendant, Springbase Media, LLC ONLY, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any absent putative class members.

Dated: October 5, 2018

**DeNITTIS OSEFCHEN PRINCE, P.C.**

By: /s/ Ross H. Schmierer
Ross H. Schmierer, Esq.
315 Madison Avenue, 3rd Floor
New York, NY 10017
(T): (646) 979-3642
(F): (856) 797-9951
rschmierer@denittislaw.com

**Law Offices of Todd M. Friedman, P.C.**
Todd M. Friedman, Esq.
(*Pro Hac Vice* Application Forthcoming)
21550 Oxnard St., Ste 780
Woodland Hills, CA 91367
Tel: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

*[Handwritten annotation:]* All named defendants having been dismissed from the action and no Doe/fictitious John or Jane Doe defendant having been served within the time period set forth in Rule 4(m), Fed. R. Civ. P., the Clerk is directed to close the action. October 11 conference is vacated. SO ORDERED. /s/ P. Kevin Castel, USDJ 10-9-18

1

|USDC SDNY|
|DOCUMENT|
|ELECTRONICALLY FILED|
|DOC #:_____|
|DATE FILED: 7/2/18|

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

JOSEPH MENICHIELLO, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

ASCEND FUNDING, LLC, SPRINGBASE MEDIA LLC, and DOES 1 through 10, inclusive, and each of them,

    Defendant.

Civil Case No.: 1:17-cv-08436-PKC

AND ORDER

STIPULATION OF DISMISSAL AS TO DEFENDANT ASCEND FUNDING, LLC

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel to the parties in this action that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims in this action shall be dismissed with prejudice as to defendant Ascend Funding, LLC *only*, except that the claims of other proposed class members as against Ascend Funding, LLC shall be dismissed without prejudice. Each party shall bear its own attorneys' fees and costs except as may otherwise be agreed to by the parties.

Dated: New York, New York
       June 29, 2018

**DeNITTIS OSEFCHEN PRINCE, P.C.**

By: _____
Ross H. Schmierer, Esq. (RS-7215)
315 Madison Avenue 3rd Floor
New York, NY 10017
(T): 646-979-3642
rschmierer@denittislaw.com
*Attorneys for Plaintiff*

**WILK AUSLANDER LLP**

By: _____
Stuart M. Riback, Esq. (SR-2443)
1515 Broadway, 43rd Floor
New York, NY 10036
T): 212-981-2295
sriback@wilkauslander.com
*Attorneys for Defendant*
*Ascend Funding, LLC*

SO ORDERED:
_____
Hon. Judge P. Kevin Castel, U.S.D.J.

6-29-18